United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MILAD MALEKI ROSTAMGHESHLAGHI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-328 |
| | § | |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Milad Maleki Rostamgheshlaghi is a native of Iran with protection from removal as to that country.  He is detained by United States immigration authorities and seeks release from detention, alleging violations of his rights under the Due Process Clause of the Fifth Amendment and based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1; Emergency Am. Pet., Doc. 14)  Respondents move for summary judgment. (MSJ, Doc. 11)

On July 16, 2026, a United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Court grant the Petition for Writ of Habeas Corpus.  On July 30, the deadline to file objections to the Report and Recommendation elapsed.  No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 17).  It is:

**ORDERED** that Petitioner Milad Maleki Rostamgheshlaghi's Emergency Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 14) is **GRANTED**;

1 / 2

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 11) is **DENIED**; and

**ORDERED** that by no later than August 4, 2026, Respondents shall release Petitioner Milad Maleki Rostamgheshlaghi, subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 31, 2026.

Fernando Rodriguez, Jr.
United States District Judge